U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 4 2013

TONY R. MOORE, CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| ELIZABETH FAYE BRYANT | * | CIVIL ACTION NO. 12-1222 |
| VERSUS | * | JUDGE TOM STAGG |
| CAROLYN COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is AFFIRMED, and that the above-captioned matter is hereby DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED this 14th day of August, 2013, Shreveport, Louisiana.

TOM STAGG
UNITED STATES DISTRICT JUDGE